NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID O'DONNELL,**

*Plaintiff-Appellant*

**v.**

**AVIS RENT A CAR SYSTEM, LLC, ACE AMERICAN INSURANCE COMPANY,**

*Defendants-Appellees*

---

2022-1768

---

Appeal from the United States District Court for the Northern District of Texas in No. 3:19-cv-02687-S-BK, Judge Karen Gren Scholer.

---

**ON MOTION**

---

Before LOURIE, CHEN, and STARK, *Circuit Judges.*

PER CURIAM.

# O R D E R

In response to the court's June 27, 2022, order to show cause why this appeal from a civil action concerning an automobile accident should not be dismissed or transferred, David O'Donnell moves unopposed to transfer the appeal

to the United States Court of Appeals for the Fifth Circuit, stating that he named this court in error in his notice of appeal and that he intended to appeal to the Fifth Circuit.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  Pursuant to 28 U.S.C. § 1631, this case and all transmittals are transferred to the United States Court of Appeals for the Fifth Circuit.

FOR THE COURT

August 26, 2022                    /s/ Peter R. Marksteiner
        Date                       Peter R. Marksteiner
                                   Clerk of Court